JOHN W. RANUCCI, State Bar No. 184801
jwr@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsm@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN M. LUCAS and DAN MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>HERTZ CORPORATION and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:11-cv-01581 LB<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT AND PRE-TRIAL ORDER;** ~~PROPOSED~~ **ORDER** |

WHEREAS all parties herein acted, and continue to act, diligently in conducting discovery, the parties stipulate to extend deadlines prescribed by the Case Management and Pretrial Order.

Good cause exists for the extension of deadlines due to plaintiffs' delay in service of their FRCP 26 Initial Disclosure. The FRCP 26 Initial Disclosures were originally due on August 25, 2011. Plaintiffs sought to extend the deadline to September 26, 2011. Plaintiffs then sought another extension to November 1, 2011. These extensions were necessitated by plaintiff Dan Martin's medical status. Due to a calendaring omission, plaintiffs failed to serve their Initial Disclosure on November 1, 2012 and are still in the process of preparing the disclosure.

It was also agreed by the parties that in an effort to comply with the Court-ordered mediation deadline of February 2, 2012, plaintiffs would informally provide defendant with information relating to plaintiff Martin's pre-existing quadriceps injury. Plaintiffs have not yet been able to provide defendant with the requested information. Because defendant believes this information is critical to the issue of liability, defendant is not in a position to meaningfully participate in mediation.

In the interests of avoiding prejudice to defendant by not having received plaintiffs' Initial Disclosure and also with the objective of making the mediation a meaningful process, the parties have agree to modify dates and deadlines as follows:

| Case Event | Original Date | Revised Date |
| --- | --- | --- |
| ADR Completion Date | 2/2/12 | 4/2/12 |
| Non Expert Discovery Completion Date | 8/31/12 | 10/15/12 |
| Expert Discovery Completion Date | 10/4/12 | 10/31/12 |

Dated: December 1, 2011                ROUDA, FEDER, TIETJEN & MCGUINN

By: /s/ Cynthia McGuinn
Cynthia McGuinn
Miles B. Cooper
Attorneys for Plaintiffs KATHLEEN LUCAS and DAN MARTIN

Dated: December 1, 2011                LOMBARDI, LOPER & CONANT, LLP

By: /s/ John W. Ranucci
John W. Ranucci
Liza Siu Mendoza
Attorneys for Defendant
THE HERTZ CORPORATION

IT IS SO ORDERED.

Dated: December 2, 2011

LAUREL BEELER
United States Magistrate Judge