# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN M. LUCAS, et al.,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**HERTZ CORPORATION, et al.,**<br><br>    **Defendants.** | **Case No.: C-11-1581 LB (KAW)**<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

Plaintiffs have filed a letter requesting that the settlement conference in this case, currently set for September 26, 2012, be postponed. Neither side has lodged their settlement conference statement, although the deadline for doing so has passed.

According, it is hereby ORDERED that:

1. The September 26, 2012, settlement conference is taken off of calendar.

2. By October 10, 2012, the parties shall contact the undersigned's courtroom deputy to obtain an available date for the settlement conference, and shall file a stipulation and proposed order setting the settlement conference for that date.

**DATE: September 25, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**