United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN M. LUCAS, et al.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**HERTZ CORPORATION, et al.,**<br><br>    **Defendants.** | Case No.: C-11-1581 LB (KAW)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

   Plaintiff Dan Martin, who is also a Counter-Defendant in this case, filed a request to appear by telephone, instead of in person, at the January 9, 2013 settlement conference.  The request was filed on January 8, 2013.  By way of explanation, Martin states only that he lives in Washington, DC.

   Martin's request is not timely and is in violation of the provision of Judge Westmore's standing order requiring personal attendance at settlement conferences.  Because the settlement conference is scheduled for tomorrow, the request is granted only to avoid continuing the settlement conference.  Martin must be available by telephone for the entire duration of the settlement conference.

   IT IS SO ORDERED.

**DATE: January 8, 2013**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**