UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KATHLEEN M. LUCAS, et al., | No. C 11-01581 LB |
| Plaintiffs, | **ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| HERTZ CORPORATION, et al., | [Re: ECF No. 83, 91-93] |
| Defendants. | |

On January 2, 2013, Defendant Hertz Corporation ("Hertz") filed a motion for summary judgment in its favor "on all of Plaintiffs' claims as alleged in their complaint. Motion, ECF No. 83 at 5.[1] The court previously granted Hertz's motion to compel plaintiff Dan Martin to arbitrate his claims against Hertz in Costa Rica. 6/21/2012 Order, ECF No. 53. Thus, the court assumes that Hertz seeks summary judgment only with respect to plaintiff Kathleen Lucas's claims against it.

The court has now learned that Ms. Lucas and Hertz have agreed to settle her claims. *See* 1/23/2013 Minute Entry, ECF No. 93. In light of this apparent settlement, the court **DIRECTS** Hertz, by 3:00 p.m. on January 30, 2013, to either withdraw its motion for summary judgment or file a letter stating why it believes its motion is not moot.

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 11-01581 LB
ORDER

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
LAUREL BEELER
United States Magistrate Judge